251 So.2d 380

**STATE of Louisiana ex rel. Edward DAVIS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51588.**

Aug. 17, 1971.

In re: Edward Davis applying for writ of mandamus and habeas corpus.

Application denied. The ruling of the trial judge on the writ application of October 14, 1970 is correct.

251 So.2d 380

**STATE of Louisiana**

**v.**

**Larry GRAVOIS.**

**No. 51609.**

Aug. 17, 1971.

In re: Larry Gravois applying for writ of certiorari.

Writ refused. Applicant has a remedy by appeal in the event of his conviction.

251 So.2d 380

**STATE of Louisiana ex rel. Bennette WILLIAMS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

**No. 51596.**

Aug. 17, 1971.

In re: Bennette Williams applying for writ of habeas corpus.

Writ denied. The showing made does not warrant the exercise of our original or supervisory jurisdiction.